MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

THE STATE OF OHIO, APPELLANT, *v.* KROUSE, APPELLEE.

[Cite as *State v. Krouse* (1999), 87 Ohio St.3d 255.]

(No. 99–455—Submitted November 3, 1999—Decided December 1, 1999.)

---

*Julia R. Bates,* Lucas County Prosecuting Attorney, and *Eric A. Baum,* Assistant Prosecuting Attorney, for appellant.

---

The judgment of the court of appeals is affirmed on the authority of *State v. Conyers* (1999), 87 Ohio St.3d 246, 719 N.E.2d 535.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

THE STATE OF OHIO, APPELLANT, *v.* AKEMON, APPELLEE.

[Cite as *State v. Akemon* (1999), 87 Ohio St.3d 255.]

(No. 99–543—Submitted November 3, 1999—Decided December 1, 1999.)

*Michael K. Allen,* Hamilton County Prosecuting Attorney, and *Philip R. Cummings,* Assistant Prosecuting Attorney, for appellant.

*Gary S. Goldman,* for appellee.

---

The judgment of the court of appeals is affirmed on the authority of *State v. Conyers* (1999), 87 Ohio St.3d 246, 719 N.E.2d 535.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.